**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AL'TONYA ANDERSON,

        Plaintiff,

vs.                                       Case No.  3:15-cv-338-J-34JRK

BLUESHORE RECOVERY SYSTEMS,
LLC,

        Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Amended Report and Recommendation (Dkt. No. 15; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on February 25, 2016.  In the Report, Magistrate Judge Klindt recommends that Plaintiff's Motion for Default Judgment Against Defendant Blueshore Recovery Systems, LLC (Dkt. No. 8) be granted in part and denied in part.  See Report at 16.  Defendant has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Amended Report and Recommendation (Dkt. No. 15) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Default Judgment Against Defendant Blueshore Recovery Systems, LLC (Dkt. No. 15) is **GRANTED, in part, and DENIED, in part**.

3. The Motion is **GRANTED** to the extent that the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $2,500 in statutory damages, $3,250 in attorneys' fees, and $420 in costs.

4. Otherwise, the Motion is **DENIED**.

5. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of April, 2016.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record